# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES-KARAM of Family Schwartz, ) | 1:06mc00016 DLB |
| ) | |
| Plaintiff, ) | ORDER DIRECTING CLERK OF COURT |
| ) | TO RETURN LODGED DOCUMENTS |
| v. ) | |
| ) | |
| PRESENTLY UNNAMED, ) | |
| ) | |
| Defendants. ) | |

On April 24, 2006, James-Karam lodged numerous documents with this Court. However, the documents do not name any defendants, do not contain any allegations or requests for relief, fail to state a basis for federal jurisdiction, and do not appear to relate to any action currently pending before the Court. The documents are therefore wholly inadequate under Rule 8 of the Federal Rules of Civil Procedure and cannot be further analyzed.

Accordingly, the Clerk of the Court is ORDERED to return the lodged documents to James-Karam. The documents shall NOT be filed with this Court or assigned a civil case number.

IT IS SO ORDERED.

Dated:   April 26, 2006              /s/ Dennis L. Beck
3b142a                               UNITED STATES MAGISTRATE JUDGE

1